IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREEN TREE SERVICING, DEFAULT RESOLUTION NETWORK<br><br>    Defendants.<br>_____ / | No. C 10-03593 SI<br><br>**ORDER DIRECTING RESPONSE TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

   Plaintiff Leslie Marks has filed an application for a temporary restraining order and preliminary injunction. On August 18, 2010, the Court issued an order dismissing plaintiff's complaint for failure to state a claim and granting plaintiff leave to amend some of her claims. In that order, the Court stated that its "ruling on plaintiff's application for a temporary restraining order and preliminary injunction will await service and filing of the amended complaint." Aug. 18 Order at *7 (Docket No. 11). Plaintiff has now filed an amended complaint and served the complaint as well as the TRO application on defendants.

   In accordance with the above, defendants are hereby ordered to file a response to plaintiff's TRO application by **September 7, 2010.** The Court will take the application under submission upon receipt of defendants' response.

   **IT IS SO ORDERED.**

Dated: September 1, 2010

_____
SUSAN ILLSTON
United States District Judge