IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREEN TREE SERVICING, DEFAULT RESOLUTION NETWORK<br><br>    Defendants.<br>_____ / | No. C 10-03593 SI<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S TRO REQUEST AND TEMPORARILY ENJOINING THE FORECLOSURE SALE** |

Plaintiff Leslie Marks has filed an application for a temporary restraining order and preliminary injunction. On September 1, 2010, the Court directed defendants to file a response to the TRO application by September 7, 2010. On September 8, 2010, defendants filed a request for additional time to respond to the TRO request, until September 15, 2010. A foreclosure sale is scheduled for September 13, 2010.

Defendants' request for an extension of time is GRANTED. Defendants are hereby ordered to file a response to plaintiff's TRO application by **September 15, 2010**. Plaintiff may file a reply by **September 16, 2010**. The parties shall file and deliver copies of their papers to chambers by **3:00 pm** on the above dates. Any foreclosure sale or auction is enjoined until the Court has ruled on the TRO application.

**IT IS SO ORDERED.**

Dated: September _13_, 2010

                                                                              SUSAN ILLSTON
                                                                              United States District Judge