IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS, | No. C 10-03593 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREEN TREE SERVICING, DEFAULT RESOLUTION NETWORK, et al. | |
| Defendant. | |

Defendants' motions to dismiss the First Amended Complaint have been granted without leave to amend, and plaintiff's motion to file a Second Amended Complaint has been denied. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 27, 2010

SUSAN ILLSTON
United States District Judge